# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| JASON EASTMAN PROTZMAN and MICHELLE ANGELA PROTZMAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV617-159 |
| HENRY JACK PROCTOR., | ) ) ) | |
| Defendant. | ) | |

## ORDER

This case was recently reassigned to the undersigned. *See* Docket entry dated Jan. 8, 2019. Because of my prior service as a private mediator in this dispute, and to avoid any appearance of impropriety, I recuse.

Two federal statutes govern judicial disqualification due to conflict of interests. The first, 28 U.S.C. § 144, only applies when "a party . . . makes and files a timely and sufficient affidavit . . . ." Since no such affidavit has been filed, it does not apply here. The second, 28 U.S.C. § 455, "places a judge under a self-enforcing obligation to recuse himself where the proper legal grounds exist." *United States v. Alabama*, 828 F.2d 1532, 1540 (11th Cir. 1987), *superseded by statute on other grounds as recognized by J.W. by and through Tammy Williams v. Birmingham Bd.*

of Ed., 904 F.3d 1248, 1254 (11th Cir. 2018).  It is unclear to what extent service as a mediator requires recusal.  *See Blackmon v. Eaton Corp.*, 587 F. App'x 925, 934 (6th Cir. 2014) ("[W]e cannot find authority for the proposition that participation in a mediated settlement conference *categorically* disqualifies a judge from later deciding a motion in that same case"); *S.E.C v. ING Annuity and Life Ins. Co.*, 360 F. App'x 826, 828 (9th Cir. 2009) (finding no authority for recusal if they served as mediators in a related proceeding); *Black v. Kendig,* 227 F. Supp. 2d 153, 155 (D.D.C. 2002)(collecting cases).  Nevertheless, it is vital that litigants and the public see that the judicial process is fair and impartial.  Accordingly, I will exercise my discretionary power to recuse in this case.

The Clerk is, therefore, **DIRECTED** to reassign this case to Magistrate Judge James E. Graham for all further proceedings.

**SO ORDERED**, this 28th day of January, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA