# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| JASON PROTZMAN, and <br> MICHELLE PROTZMAN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | CV617-159 |
| HENRY JACK PROCTOR, | ) <br> ) | |
| Defendant. | ) | |

## ORDER

The Court held a telephonic status conference on February 12, 2019, at which Daniel Snipes appeared for plaintiffs and Trevor Hiestand appeared on behalf of defendant. As discussed in the conference, within 10 days of the conference the parties **SHALL** meet and confer to agree upon three mutually acceptable dates within the next 60 calendar days for a Court-led mediation and **SHALL** provide those dates to the Court. As further discussed, this case will be assigned to the Court's trial calendar pursuant to normal operations of the Court. Plaintiffs' request for a joint status conference and to be

placed on trial calendar (doc. 16) is thus **DISMISSED** as moot.

**SO ORDERED,** this 12th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA