**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

JASON EASTMAN PROTZMAN, and
MICHELLE ANGELA PROTZMAN.,

    Plaintiff,

v.

HENRY JACK PROCTOR,

    Defendant.

CIVIL ACTION NO.: 6:17-cv-159

**O R D E R**

Presently before the Court is the parties' Joint Stipulation of Dismissal With Prejudice filed on April 30, 2019. (Doc. 23.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court hereby **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 7th day of May, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA